**EXHIBIT A**

| | |
|---|---|
| | **CRAIG ERICKSON**<br>56 Hatherly • ROCKLAND, MA 02370<br>PHONE: 617-842-7787 • E-MAIL: ce1@comcast.net |
| **Objective:** | Assume a key leadership position as Rockland Fire Fighter Emergency Preparedness Manager – Community Emergency Response Team |
| | |
| **Profile:** | • An energetic, motivated and highly dynamic **GS-13 Federal Logistics Chief**, Fire Lieutenant and Emergency Medical Technician with excellent crisis & risk management skills and extensive hands-on experience successfully managing a wide range of fire, rehabilitation operations, safety, communications, and security situations in a variety of challenging settings. **Finalist Logan Airport Deputy Fire Chief Position.**<br>• A proactive leader with extensive communication, training and administrative skills, and the natural ability to define goals and plan action strategy using clear precise terms. Utilizing extensive experience from extremely large scale international disaster situations.<br>• An innovative, competent and results-orientated professional, with excellent analytical and troubleshooting skills, and proven ability to respond and act quickly and effectively even under the most extreme circumstances. |
| | |
| **Professional Experience:** | <u>1994 to Present Rockland Fire Dept. Lieutenant Shift Officer</u><br><u>Supervise and execute fire suppression and fire safety, emergency medical, and hazardous material calls</u><br><u>Supervise and executed EMS and Rescue operations</u><br><u>Supervise and executed Public Relations: Fire Prevention Awareness</u><br><u>Supervise and operates, inspects and maintains all power equipment to include generators, saws, fans, lighting equipment, hydraulic equipment, cutting torches</u><br><u>Supervise and execute daily checks on fire apparatus and department vehicles to ensure all functioning properly</u><br><u>Supervise and execute daily checks on all extinguishers and medical supplies to include AED's, suction equipment, oxygen supply</u><br><u>Provide basic life support procedures for patients, i.e. patient assessment including vital signs, lifting and transporting, oxygen therapy, bandaging and splinting, cervical spine immobilization, CPR with use of an A.E.D., epi-pen and aspirin administration</u><br><u>Supervise and execute communication with local dispatch center and other fire apparatus by way of mobile and portable radio equipment2016 to Present</u><br><br>December 2006–2008 - Rockland Fire Department<br>Training Officer<br><br>November 2003 – June 2005 - Rockland Fire Department<br>Assistant Fire Alarm Superintendent<br><br>1996-1998 - Plymouth County Fire Training<br>Instructor<br><br>1983 – Present - Rockland Fire Department, Rockland, MA<br>Firefighter and Emergency Medical Technician #810046 |

| | |
|---|---|
| | Acted in the capacity of Fire Chief, Deputy Chief and Captain on numerous occasions |
| **Education:** | <u>1983</u> - Rockland High School, Rockland, MA<br>**High School Diploma**<br><u>1986</u> - Massasoit Community College, Brockton, MA<br>**Associate Degree Computer-Science Data Processing**<br><br><u>1989</u> -   Massasoit Community College, Brockton, MA<br>**Associate Degree Fire-Science**<br><br><u>1992-1994</u> -Salem State College, Salem, MA<br>**Enrolled Fire Department Science Bachelor Degree (partially completed)**<br><br><br>**FEMA Federal Emergency Response Official**<br>**Joint Field Office Baton Rouge LA   Floods**<br><br>**2015 Papal Pope Francis visit Logistic Section Chief -National Disaster Medical**<br>**System US Department of Health and Human Services.**<br>**Experience developing and managing others in writing informational reports or other informational documents that are logical, organized, and grammatically correct.**<br>**Creating, maintaining, and managing an incident records management system, include control, access and portability of records in paper-based and electronic formats.**<br>**Managing and overseeing the completion of processes.**<br>**Coordinating with state, tribal, and/or territorial partners to establish a unified approach to organize and manage products and processes.**<br>**Knowledge and experienced in Incident Management including the start-up or initial**<br>**response phase (first 72 hours) of a Federally-declared disaster or emergency, or a**<br>**National Special Security Event (NSSE)**<br><br>**2015 Presidential State of the Union Address Mission -US Department of Health**<br>**And Human Services- National Disaster Medical System**<br><br>**2012  Logistics Section Chief Hurricane Sandy New York**<br>**Serving in a liaison role between various units or departments within a company**<br> **Organization as well as all other Incident Command requirements of Logistics Section Chief** |

**2010** LOGISTIC CHIEF HAITI EARTH QUAKE GS-13
Supervise and execute the first United States base of operations for a field hospital.
Established communications and emergency medical records providing patient
tracking and treatment via satellite to Washington DC.
Submitting and tracking requests for supplies, equipment, personnel, disaster teams, services or commodities using automated systems. Submit, monitor and maintain burn rates, communicating with IRCT incident response coordination
team.

Managing the preparation of an organizational strategic and management plans including items such as timelines, staffing projections and concept of local, and territorial partners. Establishing and maintaining a unified approach to organize and manage all sections of the command structure policies, protocols, guidelines
and procedures.
Maintaining coordinating with state, tribal and territorial partners to establish a unified approach to organize and manage Planning Sections as well as all other Command structures and sections.
Maintaining and overseeing structure with in the Incident command System.
Using different management styles depending on the situation to effectively motivate employees, partner agencies, and other stakeholders to foster a collaborative work environment.


2010-2011 Appointed ASPR/NDMS Regional Base Logistics
Supervise and Executed:
Managing a comprehensive supply chain, warehouse and transportation operation to effectively and efficiently distribute supplies, equipment and services to support regional operations
Performed during readiness state for DMAT Disaster Medical Assistance Team and IMSURT International Medical Surgical Response Team equipment caches located at
regional warehouse:
Working with, interpreting, and analyzing data
Defibrillator Battery Charging/Conditioning
Defibrillator QC & Function Test
Fire Extinguisher Test
Forklift Maintenance and operation
Generator Annual Service and battery charging
Laryngoscope Handle & blade QC & Function Check
Ophthalmoscope/Otoscope QC & Function Test
Oxygen "D", "M" Cylinder Valve Inspection
Oxygen Nebulizer, Cylinder Regulator & Manifold QC & Function Test
Pulse Oximeter QC Test
Receipt & Re-Pack Of Rotated Products And Other Shipments
Record Keeping
Computer literate and technically savvy (i.e. Internet browsing, MS Office Suite, Power
Point instruction, and Internet maps

|  | Supervise/assist Communication Officer: Satellite Phone On-Air Test, battery charging & cycle test, and radio, DTR and XTS Radio Air Test, battery charge, cycle test<br>Suction Unit Battery charging, QC and Function Test<br>Thermometer, Digital QC & Function Test<br>Truck Annual, Monthly Maintenance to include drive time and routine maintenance<br>Truck Monthly Radio & Satellite Phone Function Test<br>Ventilator Battery Charging, QC & Function Test<br>Warehouse Maintenance/Cleaning/Safety Survey, High & Heavy Lifting<br>WS EJ-100 Water Pump QC & Function Test<br>WS Heaters QC & Function Test<br>WS Sump Pump QC & Function Test<br>WS Tent Box Inspection For Mold/Mildew<br>WS Water Heater QC & Function Test<br><br>September 2008-2009 Deputy Logistic Section Chief<br> Hurricane Gustav Louisiana / Fargo North Dakota Floods<br><br>2008 - 2013 Boston Marathon DMAT-MA-1 Logistic Section Chief<br><br>April 2005 to Present - United States of America<br>National Disaster Medical Assistant Team<br> Intermittent Federal Employee DMAT-MA-1 Metro Boston<br><br>May 2006 – Present - Massachusetts Department of Public Health<br>Small Pox Vaccination Team<br><br>August 2006 Fema Deployment Region 4 Pre Declaration 173 |

| Qualifications Training and Certifications: | 1986<br>> Search and Rescue Emergency Medical Workshop - Certificate #861165 Northeastern University, Boston<br>> Protective Breathing - Massachusetts Firefighting Academy<br>1988<br>> AIDS the EMS Dilemma – American Red Cross<br>> Athletic Injury 84364 - Springfield College, Springfield, MA<br>1992<br>> Managing Company Tactical Operation: Preparation - Massachusetts Firefighting Academy<br>> BTLS International - Brockton Hospital, Brockton, MA<br>1993<br>> Incident Command and Command Safety - Fire & Rescue Training Association<br>> NFPA Certified Firefighter 1 & 2 – Massachusetts Fire Training<br>1995<br>> CMR 4 Update Seminar #6 - Massachusetts Firefighting Academy<br>1996<br>> Mass Fire Incident Reporting System - Massachusetts Firefighting Academy<br>> Hazardous Materials: Decontamination - Massachusetts Firefighting Academy<br>1998<br>> Fires & Wires - Eastern Edison, Brockton, MA<br>2000<br>> Incident Command - Plymouth County Fire & Rescue<br>2004<br>> Municipal Fire Alarm Technician - International Municipal Signal Association<br>> Interior Fire Alarm Systems - L W Bills Company<br>2005<br>> National Incident Management System - NIMS 100, NIMS 200, NIMS Department of Homeland Security<br>> Weapons of Mass Destruction, Incident Complexities - Level C<br><br>2006<br>> Fire Officer 1 - 60 Hours - Massachusetts Fire Academy<br>2007<br>> Incident Command for the Fire Service 16 Hours Massachusetts Fire Academy<br>> ICS 300 - Department of Homeland Security<br>> Tactical Medic Operator 40 Hours<br>   Special Operations Tactics in Emergency Care - IEME International<br>> Tactical Medicine Program 34 Hours<br>   Operations Level Massachusetts OEMS #277294 - North Star Protective Services<br>> Pandemic Flu - Bureau of Communicable Disease Control<br>   Massachusetts Department of Public Health<br>2008<br>> ICS 400 – Incident Command System Department of Homeland Security<br>> Advanced ICS, Command and General Staff - Complex Incidents<br>> Public Information Officer Fema Region 1<br>> IATA Certified - International Air Transport Dangerous Goods Specialist<br>> IS-800B National Response Framework<br>> When Structures Fail - DelValle Institute for Emergency Preparedness<br>> Certified Professional Food Manager - Certificate # 1504823 - Prometric<br>> Boston Maritime Explosives - Department of Homeland Security<br>2009 Federal Planning "P" Instructor |

| | |
|---|---|
| **Accomplishments:** | (HSEEP) Homeland Security Exercise Evaluation Program TRAINER<br>2012<br>> FEMA- COMT Communication Technician<br>2013<br>≥ FEMA- COML Communication Leader<br>≥ Boston Esplanade Communications **Massachusetts State Police Air Wing**<br>≥ CERT Train the trainer - Community Emergency Response Team<br>≥ Screening of Persons by Observational Techniques Trainer (SPOT)<br>2016<br>≥ FEMA- FIWA (EMO)<br>≥ **IAFF Certified Fire Ground Survival**<br><br>Incident Commander's Commendation In recognition for: Support of the 2015 State of the Union Address. Such service significantly contributed to the success of this National Security Special Event<br>**United States Department of Health and Human Services Assistant Secretary for Preparedness and Response Office of Emergency Management National Disaster Medical System**<br>> President Massachusetts Masonic Eagle Scout Association<br>\* Eagle Scout<br>> Grand Steward Massachusetts Masonic Grand Lodge Boston<br>> Outstanding Achievement Award National Disaster Medical System<br>    Presented by Rear Admiral W. Craig Vanderwagen |
| **References:** | Available upon request |