UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRAIG ERICKSON,

    Plaintiff,

v.

TOWN OF ROCKLAND, MA

    Defendant.

C.A. NO. 1:19-CV-12432

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND OF THE DEFENDANT, TOWN OF ROCKLAND, MA'S TO PLAINTIFF'S AMENDED COMPLAINT

### FIRST DEFENSE

The Complaint fails to states a claim upon which relief may be granted.

### SECOND DEFENSE

The Complaint fails to states a claim upon which relief can be granted, in that the defendant has no obligation to pay the plaintiff any amount of the loss or damages alleged.

### THIRD DEFENSE

The defendant responds to the allegations in the plaintiff's Complaint as follows:

### INTRODUCTION

1.    The defendant admits that Erickson was a Lieutenant, but denies all other allegations contained in this paragraph, denies that Plaintiff is entitled to recover in any amount from the defendant, and calls upon Plaintiff to prove the same.

## JURISDICTION AND VENUE

2.      The defendant neither admits nor denies the allegations contained in this paragraph of the plaintiff's complaint because they call for a legal conclusion to which no responsive pleading is required.  To the extent that the allegations are intended to relate or pertain to this defendant, the defendant denies the allegations and calls upon the plaintiff to prove same.

3.      The defendant neither admits nor denies the allegations contained in this paragraph of the plaintiff's complaint because they call for a legal conclusion to which no responsive pleading is required.  To the extent that the allegations are intended to relate or pertain to this defendant, the defendant denies the allegations and calls upon the plaintiff to prove same.

4.      The defendant neither admits nor denies the allegations contained in this paragraph of the plaintiff's complaint because they call for a legal conclusion to which no responsive pleading is required.  To the extent that the allegations are intended to relate or pertain to this defendant, the defendant denies the allegations and calls upon the plaintiff to prove same.

## PARTIES

5.      The defendant neither admits nor denies the allegations contained in this paragraph because it have no personal knowledge of same.  The defendant calls upon the plaintiff to prove those allegations.

6.      The defendant admits the allegations contained in this paragraph.

## SUBSTANTIVE ALLEGATIONS

7.      The defendant admits the allegations contained in this paragraph.

8.      The defendant admits that Erickson was a Lieutenant and an Acting Captain for two (2) periods of time, but denies all other allegations contained in this paragraph, denies that

Plaintiff is entitled to recover in any amount from the defendant, and calls upon Plaintiff to prove the same.

9. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

10. The defendant admits the allegations contained in this paragraph.

11. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

12. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

13. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

14. The defendant admits that Thomas Heaney is the Vice President of the Firefighter's Union, but denies that he is currently a Captain, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

15. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

1907604v.1

16. The defendant neither admits nor denies the allegations contained in this paragraph because it have no personal knowledge of same. The defendant calls upon the plaintiff to prove those allegations.

17. The defendant neither admits nor denies the allegations contained in this paragraph because it have no personal knowledge of same. The defendant calls upon the plaintiff to prove those allegations.

18. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

19. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

20. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

21. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

22. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

23. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

24. The defendant denies the allegations contained in this paragraph and its subparagraphs a through ww, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

25. The defendant denies the allegations contained in this paragraph and its subparagraphs a through j, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

26. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

27. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

28. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

29. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

1907604v.1

30. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

31. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

32. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

33. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

34. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

35. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

36. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

37. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

38. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

39. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

40. The defendant agrees with the allegations contained in this paragraph.

41. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

42. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

43. The defendant agrees with the allegations contained in this paragraph.

44. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

45. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

46. The defendant agrees with the allegations contained in this paragraph.

47. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

48. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

49. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

50. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## **COUNT I**

51. The defendant repeats and realleges its responses to the allegations set forth in paragraphs 1 through 50 of the plaintiff's Amended Complaint as if fully set forth herein

52. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

53. The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

1907604v.1

## COUNT II

54.     The defendant repeats and realleges its responses to the allegations set forth in paragraphs 1 through 53 of the plaintiff's Amended Complaint as if fully set forth herein

55.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

56.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## AFFIRMATIVE DEFENSES

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff fails to state that the defendant engaged in an unlawful practice under 42 U.S.C. § 2000e and, therefore, he may not recover in this action.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff did not oppose any unlawful practice under 42 U.S.C. § 2000e and, therefore, he may not recover in this action.

### SIXTH AFFIRMATIVE DEFENSE

The defendant state that the plaintiff cannot recover in this action because plaintiff has failed to exhaust his administrative remedies.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant state that the plaintiff cannot recover in this action because plaintiff has failed to exhaust his contractual remedies.

**EIGHTH AFFIRMATIVE DEFENSE**

The plaintiff is barred from recovery, particularly as his complaint seeks equitable relief, by the doctrine of unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

The actions of the defendant, at all times, were reasonable and undertaken with a good faith belief that its actions were lawful and not in violation of any federal or state constitutional or statutory right.

**TENTH AFFIRMATIVE DEFENSE**

The injuries and damage claimed by the plaintiff were caused by the acts of a third party, which acts this defendant had no reason to anticipate and of which person this defendant had no control and is not responsible as a matter of law.

**ELEVENTH AFFIRMATIVE DEFENSE**

The injuries and damage claimed by the plaintiff were the result of supervening and intervening causes unrelated to the conduct of any of the defendant, and the defendant therefore is not liable.

**TWELFTH AFFIRMATIVE DEFENSE**

The plaintiff has failed to mitigate any claimed injury or damage, as required by law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The plaintiff, by his conduct or by the conduct of his agents or servants, has waived any and all rights they may have had against the defendant.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The plaintiff's claims are frivolous and not made in good faith, and the defendant therefore demands its costs and attorney's fees.

### FIFTEENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's claims must fail since the defendant's actions, at all times, were required in the interest of the public and the means used by the defendant were reasonably necessary for the accomplishment of this purpose and not unduly oppressive upon the plaintiff.

### SIXTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since he is not a member of a protected class.

### SEVENTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since he was not treated less favorably because he is a member of a protected class.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The defendant states that it was justified in its actions with respect to plaintiff's employment because it complied with a written contract governing plaintiff's employment.

### NINETEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim for retaliation must fail because he was not subjected to adverse employment action or motive because of any protected activity.

### TWENTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff has never been subjected to an adverse employment action.

## TWENTY FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims of retaliation must fail since the actions taken by the defendant was based on legitimate business reasons and the alleged acts of retaliation have no proximity to the plaintiff's alleged protected conduct.

## TWENTY SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since the defendant's actions were based on good cause.

## TWENTY THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is not entitled to punitive damages.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that plaintiff's claims are barred because they were not timely filed under the statute of limitations set forth by 42 U.S.C. § 2000e and more specifically 42 U.S.C. § 2000e-5(e).

## TWENTY FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that is was justified in its conduct and acts and, therefore, the plaintiff cannot recover.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims must fail since the defendant's decisions and actions were based on legitimate non-discriminatory reasons.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff cannot prove that the defendant's actions were motivated by discriminatory animus.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff cannot recover punitive damages against the defendant since there is no evidence that the defendant engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the plaintiff's rights.

## TWENTY NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment or a hostile environment, either through words or actions, based on his race, disability or any other protected class.

## THIRTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment that had the effect of unreasonably interfering with his work performance and did not create an objectively intimidating, hostile or offensive work environment.

## THIRTY FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the defendant's conduct was justified in theory and practice by a legitimate bona fide interest and no alternative course of action could have been adopted that would have enabled that interest to be served with less discriminatory impact.

## THIRTY SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims are barred since, at all times, the defendant acted in good faith.

1907604v.1

### THIRTY THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is unable to recover since he is unable to show that he incurred actual damages.

### THIRTY FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to severe and pervasive harassment.

### THIRTY FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states the plaintiff did not file his Compliant within 90 days of receiving a right to sue letter from the EEOC.

### THIRTY FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the plaintiff fails to state that the defendant did not engage in an unlawful practice under M.G.L. C. 151B and, therefore, the plaintiff may not recover in this action.

### THIRTY SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the plaintiff has failed to mitigate any claimed injury or damage, as required by law.

### THIRTY SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the allegations in the plaintiff's Amended Complaint are time barred by the applicable statute of limitations M.G.L. c. 151B, §5; 804 CMR 1.10(2).

### THIRTY EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is not a qualified handicapped person.

### THIRTY NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims must fail since the defendant's decisions and actions were based on legitimate, non-discriminatory reasons.

### FORTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment or a hostile environment, either through words or actions, based on any protected class.

### FORTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment that had the effect of unreasonably interfering with his work performance and did not create or allow an objectively intimidating, hostile or offensive work environment.

### JURY DEMAND

The Defendant, Town of Rockland, in both his individual and official capacity, demands a trial by jury.

Respectfully submitted,
The Defendant,
**TOWN OF ROCKLAND,**

By Its Attorneys,

/s/ *Gareth W. Notis*

Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:        617-342-4821

15

1907604v.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2021

/s/ *Gareth W. Notis*