## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRAIG ERICKSON, | ) | |
| | ) | |
| | ) | No. 1:19-cv-12432-LTS |
| Plaintiff, | ) | |
| | ) | JURY DEMAND |
| v. | ) | |
| | ) | |
| TOWN OF ROCKLAND, MA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties met for mediation before Magistrate Judge Judith Dein on April 2, 2021. The mediation was not successful, but for the reasons stated below, the parties seek a 90-day stay of this case to allow for a ruling in a state court case involving Plaintiff, the Town, and the Massachusetts Civil Service Commission before attempting to mediate again.

1. Before filing this lawsuit, Plaintiff filed two cases with the Civil Service Commission challenging a 30-day suspension (Erickson v. Rockland Fire Department, No. D-17092 (Civil Serv. Comm'n)) and a termination (Erickson v. Town of Rockland, No. D1-17-218 (Civil Serv. Comm'n). The suspension, termination, and the findings laid out in the two resulting Civil Service Commission decision, in large part, gave rise to Plaintiff's claims of discrimination under Title VII and Chapter 151B in this lawsuit.

2. The Town appealed the Civil Service Commission's ruling on the 30-day suspension of Plaintiff to the Plymouth Superior Court, which upheld the decision to overturn the suspension. The Town further appealed the Superior Court's ruling to the Massachusetts

1

Appeals Court. The appeal has been fully briefed and is set for oral argument on April 14, 2021. See Town of Rockland v. Civil Serv. Comm'n, Appeal No. 2020-p-610.

3. The Town also appealed the Civil Service Commission's ruling on the termination of Plaintiff to the Suffolk Superior Court. That appeal is stayed pending a ruling by the Appeals Court on the 30-day suspension.

4. The parties agree that a brief stay to allow for a decision in the Appeals Court case could lead to a more productive mediation in the near future.

The parties, therefore, jointly request a 90-day stay of this case to allow for a decision by the Massachusetts Appeals Court in Town of Rockland v. Civil Serv. Comm'n, Appeal No. 2020-p-610.

DATED: April 9, 2021

Respectfully submitted,

| Plaintiff, | The Defendant, |
| CRAIG ERICKSON, | **TOWN OF ROCKLAND,** |
| By his attorney, | By Its Attorneys, |
| | /s/ *Gareth W. Notis* |
| /s/Benjamin J. Weber | Gareth W. Notis, BBO #637814 |
| Benjamin J. Weber BBO# 673736 | gnotis@morrisonmahoney.com |
| Of Counsel | MORRISON MAHONEY LLP |
| LICHTEN & LISS-RIORDAN, P.C. | 250 Summer Street |
| 729 Boylston Street, Suite 2000 | Boston, MA 02210-1181 |
| Boston, MA 02116 | Phone: 617-439-7500 |
| (617) 994 5800 | Fax: 617-342-4821 |
| bjweber@llrlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, Plaintiff's motion to continue was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Benjamin J. Weber  
Benjamin J. Weber
