UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Craig Erickson__
    Plaintiff

CIVIL ACTION

V.

NO. **1:19-cv-12432-LTS**

__Town of Rockland, MA__
    Defendant

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **Leo T. Sorokin**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On __8/17/2021__ I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.

The case was:

[ ]    Settled. Your clerk should enter a ___ day order of dismissal.

[ ]    There was progress. A further phone conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____.
_____.

__8/17/2021__                                                          /s/ Judith G. Dein
    DATE                                                                    U.S. Magistrate Judge