UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CRAIG ERICKSON,<br><br>     Plaintiff,<br><br>v.<br><br>TOWN OF ROCKLAND, MA<br><br>     Defendants. | C.A. NO. 1:19-CV-12432 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Fed.R.Civ.P. 41, the parties to the above-captioned matter hereby stipulate to dismiss the plaintiff's complaint with prejudice and without costs against all parties.

| The Plaintiff,<br>**CRAIG ERICKSON**,<br>By his attorney, | The Defendant,<br>**TOWN OF ROCKLAND,**<br>By Its Attorneys, |
|---|---|
| /s/*Benjamin J. Weber (with permission)*<br>Benjamin J. Weber BBO# 673736<br>Of Counsel<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>(617) 994 5800<br>bjweber@llrlaw.com | /s/ *Gareth W. Notis*<br>Gareth W. Notis, BBO #637814<br>gnotis@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Phone: 617-439-7500<br>Fax: 617-342-4821 |

101521288

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 3, 2022

/s/ *Gareth W. Notis*

101521288